RECEIVED mc
DEC 13 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Northern District of Illinois**

Kenneth R. Mannie Sr
Plaintiff

v.

Defendants

1:17-cv-08955
Judge Ronald A. Guzman
Magistrate Judge Sidney I. Schenkier

Illinois Department of Insurance (DOI)

Martin McGoory

**COMPLAINT**

The Illinois Department of Insurance (DOI) showed bias and RACIAL Discrimination in addressing my complaint against one individual Peter Benson (white) his employer (Insurance Broker) and the Assurant Insurance Company of Milwaukee, Wisconsin

(additional Attachment) enclosed

This is a formal lawsuit against the Illinois Department of Insurance (DOI) for Racial Discrimination and Filing False Charges. DOI failed to assist when asked for assistance with recovering funds taken while defending and making excuses for the Defendants. DOI stated why the Defendants are entitled to our funds and access to our funds, all while filing charges as though we committed a crime without any EVIDENCE of a crime on our part.

DOI constantly referred to Race while defending Defendants along with ignoring evidence of their crimes. Blaydon discrimination by individuals and the agency as a whole.

## COMPLAINT

This is a formal Complaint against the Illinois Department of Insurance (DOI) for RACIAL DISCRIMINATION not accepting complaint and grievance based on Race. Attorney Martin McGory for the stated verbally that Kenneth R. Mannie Sr. in his complaint played the Race card because ALL DEFENDANTS were either an WHITE INDIVDUAL or a WHITE OWNED and Operated Corporation.

Attorney Martin McGory stated that ALL MISTAKES made by the Defendants were honest mistakes such as FALSE address ILLEGAL bank debits etc. were in his opinion HONEST MISTAKES. These honest mistakes in his opinion did not merit charges. ALL Defendants having access to Plaintiffs personal information and using this information to obligate Plaintiff, go into Plaintiffs bank accounts etc. is indeed are DEVINE PRIVILEDGE.

In addition to the Racial Discrimination Martin McGory filed false charges of criminal activities versus Plaintiff without ANY EVIDENCE OF A CRIME. Not only is there ZERO evidence of a crime there is NO PARTY ALLEGING any crime or damages.

## DAMAGES

Plaintiff is seeking $10 Million in damages for defamation of character, slander with malicious intent. Revocation of Plaintiffs Professional License has caused serious financial and professional damage to Plaintiff and Plaintiff business reputation.

*[Signature: K. R. Mannie]*
12-13-2017