

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     312-435-5670
**Clerk**

Date: 01/11/2018

**Kenneth R Mannie Sr
Post Office Box 788
Glenwood, IL 60425**

Re: Mannie Sr v. Illinois Dept of Insurance
USDC Case Number: 1:17-cv-08955

Dear Kenneth R Mannie Sr:

On 01/10/2018, your petition to proceed in forma pauperis in the above-entitled cause was denied by the Honorable Ronald A. Guzman.

In accordance with Local Rule 3.3(e) of this Court, you are hereby notified that in order for your complaint to be filed, you must pay the required fee with fifteen (15) days of the date of denial or within the time period noted in the judge's order. The fee for the filing of a complaint is $400.00.

If you choose to pay the filing fee in person, be sure that the docket clerk who handles your case number is informed of your payment of fees. This will reduce any delay.

                                         Sincerely yours,
                                         Thomas G. Bruton, Clerk

                                         By: /s/ B. Gudausky

                                         Deputy Clerk