**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Kenneth R Mannie Sr

            Plaintiff,

v.                    Case No.: 1:17−cv−08955
                     Honorable Ronald A. Guzman

Illinois Dept of Insurance, et al.

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 2, 2018:

   MINUTE entry before the Honorable Ronald A. Guzman: In its order entered January 11, 2018, Plaintiff was given until February 1, 2018 to pay the filing fee and was warned that failure to do so would result in dismissal of his case. Plaintiff has failed to pay the filing fee by the deadline provided; therefore, the case is dismissed. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.